*Norman A. Pattis,* in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided June 4, 2003

STATE OF CONNECTICUT *v.* NOEL DAVILA

*David B. Rozwaski,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided June 11, 2003

MOHINDER P. CHADHA *v.* MYER B.
SHIMELMAN ET AL.

*Mohinder P. Chadha,* pro se, in support of the petition.

*Thomas J. Ring,* assistant attorney general, in opposition.

Decided June 11, 2003

STATE OF CONNECTICUT *v.* DANIEL CARNEIRO